### FIRST NAT. BANK OF McGREGOR v. EISEMAN et al.

#### (Circuit Court of Appeals, Fifth Circuit. November 17, 1917.)

#### No. 3032.

APPEAL AND ERROR ☞1010(1)—REVIEW—FINDINGS OF FACT.

A finding by a trial court that an instrument conveying a homestead was not a mortgage, but an absolute and unconditional conveyance of the title, *held* not so unsupported by evidence as to warrant an appellate court in setting it aside.

Appeal from the District Court of the United States for the Western District of Texas; Henry D. Clayton, Judge.

Suit in equity by F. B. Eiseman against the First National Bank of McGregor and another. Decree for complainant, and defendant bank appeals. Affirmed.

D. A. Kelley and Allan B. Sanford, both of Waco, Tex., for appellant.

J. D. Williamson, of Waco, Tex., for appellee Eiseman.

Before WALKER and BATTS, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. The success of the claim asserted by the appellant in this case is dependent upon its supporting allegations to the effect that a conveyance made by John F. Gulledge of his homestead property was not absolute and unconditional, as, on its face, it purported to be, but was made to secure an indebtedness owing by him to his grantee. The trial court made a finding that the instrument in question was not a mortgage, but was an absolute and unconditional conveyance of Gulledge's title and interest. Our conclusion is that the evidence is not such as to warrant this court in setting aside that finding. To say the least, it is not clearly made to appear that that finding was an improper one.

The decree appealed from is affirmed.

---

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes